**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––––––

**No. 23-6400**

––––––––––––––––

DELGEN FOYE,

　　　　　　Plaintiff - Appellant,

　　　v.

SCOTT S. HARRIS; CLAYTON R. HIGGINS, JR.,

　　　　　　Defendants - Appellees.

––––––––––––––––

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-ct-03205-M)

––––––––––––––––

Submitted:  January 30, 2024　　　　　　　　　　　Decided:  February 5, 2024

––––––––––––––––

Before KING, AGEE, and THACKER, Circuit Judges.

––––––––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––––––––

Delgen Foye, Appellant Pro Se.

––––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delgen Foye appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Foye v. Harris*, No. 5:22-ct-03205-M (E.D.N.C. Apr. 5, 2023). We deny Foye's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*